**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES CODY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Cause No. 4:17-CV-2707 |
| CITY OF ST. LOUIS, | ) ) ) |
| Defendant. | ) |

## MOTION TO PARTIALLY QUASH SUBPOENA DUCES TECUM, ON BEHALF OF CORIZON HEALTH, INC.

COMES NOW Corizon Health, Inc. (hereinafter "Corizon"), a nonparty to this cause of action, and, for its Motion to Partially Quash Subpoena Duces Tecum (hereinafter "Subpoena"), states as follows:

1. Corizon, a nonparty, is under contract with the City of St. Louis to provide medical care and treatment (including mental and dental care) to inmates confined to the St. Louis City Jails, consisting of St. Louis City Justice Center and Medium Security Institution (hereinafter "MSI").

2. Plaintiffs have filed this cause of action against the City of St. Louis, in which they allege various "inhumane conditions" inside MSI. (Document 1, ¶ 1.)

3. Plaintiffs have served Corizon with a Subpoena seeking various documents. (Exhibit A, attached hereto.)

4. The documents sought by Plaintiffs in Paragraphs 8-15, 17, 18, and 20 of their Subpoena seek disclosure of medical information of inmates other than that of Plaintiffs, which is confidential and protected information pursuant to HIPAA

regulations.  Therefore, pursuant to Rule 45(d)(3)(A)(iii) FRCP, Plaintiff's Subpoena should be quashed in part with respect to said Paragraphs.

     5.     Further, to retrieve the documents sought by Plaintiffs in ¶¶ 1, 8, 10-14, and 20 would subject Corizon to undue burden and expense.  Therefore, pursuant to Rules 45(d)(3)(A)(iv) and 26(b)(1) FRCP, Plaintiffs' Subpoena should be quashed in part with respect to said Paragraphs.

     WHEREFORE, based upon the above facts, reasons, and authority, and as more fully set forth in Corizon's Suggestions in Support filed simultaneously herewith, Corizon prays that this honorable Court quash Plaintiffs' Subpoena in part with respect to Paragraphs 1, 8-15, 17, 18, and 20, and for any further relief this Court deems just and proper under the circumstances presented herein.

     Respectfully submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode, #31080MO
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Corizon Health, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed and served on this 1st day of August, 2018 to the following:

**Mr. Nathaniel R. Carroll**
Arch City Defenders
440 North 4th Street, 3rd Floor
St. Louis, MO  63013
*Attorney for Plaintiffs*

**Mr. Andrew D. Wheaton**
Assistant City Counselor
1200 Market Street, Room 314
St. Louis, MO  63103
*Attorney for Defendant*

                                                                                           */s/ Lori Carter*