| Type | Std / Copy Boxes | Bankers Boxes | Large Grey Tubs |
|---|---|---|---|
| Business Office Financials (Processed), 2012 to 2013 | 21 | | |
| Business Office Financials (Unprocessed), 2010 to 2014 | 7 | | 5 |
| Business Office Financials (Unprocessed), 2010 to 2014 | 8 | | 8 |
| Classification, 2006 to 2014 | 17 | | 15 |
| Classification, 2007 to 2011 | 49 | | |
| Classification, Mixed | 40 | | |
| CoS Caseworker, CJC, 2009 to 2013 | 54 | | |
| CoS, CJC / MSI, March to July 2011 | 4 | | |
| CoS, CJC / MSI, Mixed | 23 | | 14 |
| CoS, CJC, Aug to Sept 2012 | 6 | | |
| CoS, MSI, Aug to Sept 2012 | 22 | | |
| Inmate Payroll, 2010 to 2012 | | | 3 |
| Inmate Releases / Incident Reports, CJC, 2014 | 27 | | 4 |
| Inmate Releases / Incident Reports, MSI, 2013 | 1 | | |
| Inmate Releases / Property Releases, CJC, 2011 to 2015 | 6 | | |
| Inmate Releases, CJC, 2013 | 36 | | |
| Property Releases, CJC, 2012 to 2013 | 8 | 5 | 18 |
| Superintendent Documents, CJC | 19 | | |
| TOTAL | 348 | 5 | 67 |