# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 11/6/2018  **Judge** Audrey G. Fleissig  **Case No.** 4:17-cv-2707 AGF

James Cody, et al   v.   City of St. Louis

**Court Reporter** P. Dunn Wecke   **Deputy Clerk** A. Cordray

**Attorneys for Plaintiff(s)** Michael-John Voss, Sima Atri

**Attorneys for Defendant(s)** Andrew Wheaton, H. Anthony Relys

**Parties present for** a hearing regarding Plaintiffs' motion to compel and for sanctions [40]. Arguments are heard from both parties. The Court denys the Plaintiffs' motion for sanctions. The Court grants the Plaintiffs' motion to compel, in part. Order to issue.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness _____   Deft. Witness _____

Pltf. Witness _____   Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced   3:35   P.M.
Proceedings concluded    5:20   P.M.