UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES CODY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Case No.  4:17-CV-2707-AGF |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated on the record in the hearing held on **Tuesday, November 6, 2018**,

**IT IS HEREBY ORDERED** that Plaintiffs' motion to compel and for sanctions (ECF No. 40) is **GRANTED in part and DENIED in part**, as follows:

1. Plaintiffs' request for production of disciplinary records of MSI employees (First Request for Production #18) is **GRANTED**;

2. As for Plaintiffs' request for images and videos of MSI conditions (First Request for Production #24), the parties shall try to determine if this request can be narrowed, following the negotiation of a protective order to limit videos to attorneys' eyes only and to use in this litigation only. But if Plaintiffs wish to review all videos at their cost, without any narrowing of scope, they may do so;

3. As for Plaintiffs' request for Incident Reports, the parties will confer on what is available through REGIS and try to narrow the scope of requested reports.  But if Plaintiffs wish to review all Incident Reports at their cost, without any narrowing of scope, they may do so;

4. As for an Electronically Stored Information (ESI) search protocol, the parties will continue to work together to attempt to agree on a protocol and explore technologies available to limit the search results;

5. Both parties shall update their Rule 26 initial disclosures within **thirty (30) days** of this Order;

6. Parties shall submit a joint proposal of amended case management order deadlines for the remaining issues in this litigation within **fourteen (14) days** of this Order; and

7. Plaintiffs' request for sanctions is **DENIED**.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 7th day of November, 2018.