UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES CODY, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   Case No.  4:17-CV-02707-AGF |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
|     Defendant. | ) |

**SECOND AMENDED CASE MANAGEMENT ORDER**

**IT IS HEREBY ORDERED** that the parties' joint motion (ECF No. 90) to amend the Case Management Order is **GRANTED in part, as follows**:

1. Disclosure shall proceed in the following manner:

    (a) Plaintiffs shall disclose all expert witnesses and shall provide the summaries and reports required by Rule 26(a)(2)(B) and (C), Fed. R. Civ. P., no later than **April 16, 2019**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **May 16, 2019**.

    (b) Defendant shall disclose all expert witnesses and shall provide the summaries and reports required by Rule 26(a)(2)(B) and (C), Fed. R. Civ. P., no later than **June 17, 2019**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **July 16, 2019**.

    (c) Requests for physical or mental examinations of parties pursuant to Rule 35, Fed. R. Civ. P., must be made no later than **June 17, 2019**, and any exam must be completed by **July 16, 2019**.

    (d) The parties shall complete all discovery in this case no later than **September 16, 2019.**.

2. This case shall be referred to alternative dispute resolution ("ADR") on **April 4, 2019**, and the *initial* ADR conference(s) shall be concluded by **June 3, 2019**. The parties may thereafter propose a schedule for additional ADR conferences, but

absent such a proposal or a settlement, the parties shall complete an additional ADR conference within **4 weeks** after the Court rules on Plaintiff's motion for class certification.

       3.      Any motion for class certification must be filed no later than **August 16, 2019**.  Responses shall be filed no later than **21 days** after the motion is filed (and no later than **September 6, 2019**) and any reply may be filed no later than **10 days** thereafter (and no later than **September 16, 2019**).

       4.      Any motions for summary judgment or motions for judgment on the pleadings must be filed no later than **October 16, 2019**.  Responses shall be filed no later than **28 days** after the motion is filed (and no later than **November 13, 2019**) and any reply may be filed no later than **14 days** thereafter (and no later than **November 27, 2019**).

       5.      Any motions under *Daubert* shall be filed no later than **October 16, 2019**.

       6.      The trial setting of July 22, 2019, is **VACATED** and the trial is **RESET** for **March 9, 2020, at 9:00 a.m.**  This is a **three week docket**.

Except as amended herein, the Case Management Order shall remain in effect.

No further extensions of the deadlines to file case dispositive motions or the trial date will be granted absent a showing of extreme good cause.

                                            */s/ Audrey G. Fleissig*
                                            AUDREY G. FLEISSIG
                                            UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2019.