UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES CODY *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 4:17-cv-02707-AGF |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF VINCENT GROVER**

COMES NOW Sima Atri of ArchCity Defenders and hereby requests to withdraw as counsel for Plaintiff Vincent Grover. For this motion, counsel states as follows:

1. Undersigned counsel and firm are the attorney of record on the above-captioned matter.

2. Undersigned counsel and firm seek to withdraw from representation of Mr. Grover pursuant to Mo. Sup. Ct. Rule 4-1.16(b)(5) due to Mr. Grover's failure or inability to remain in communication despite repeated attempts by counsel to reach Mr. Grover by telephone and by mail.

3. As a result of the foregoing, Counsel is unable to effectively represent Mr. Grover at this time.

4. Counsel notified Mr. Grover of this intention by letter.

WHEREFORE, pursuant to Mo. Sup. Ct. Rule 4-1.16(b)(5), counsel Sima Atri and ArchCity Defenders, Inc. move this Court to grant this motion to withdraw as counsel for Plaintiff Vincent Grover.

Dated:  February 12, 2019                                          Respectfully Submitted,

/s/ *Sima Atri*
Sima Atri #70489
**ArchCity Defenders, Inc.**
440 N. 4th Street, Suite 390
St. Louis, MO 63102
855-724-2489 ext. 1006
314-925-1307 (fax)
satri@archcitydefenders.org

## CERTIFICATE OF SERVICE

A true and accurate copy was served on all parties of record via the court's ECF system on this 12th day of February, 2019, and an additional copy was mailed to Plaintiff Vincent Grover at his last known address:

Vincent Grover
6329 Abbott Dr.
Berkeley, MO 63134

/s/ *Sima Atri*