# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMES CODY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Cause No. 4:17-cv-2707 |
| CITY OF SAINT LOUIS, MISSOURI, | ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' NOTICE OF EMERGENCY INSPECTION DIRECTED TOWARD CITY OF ST. LOUIS

COME NOW Plaintiffs, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 34(a)(2), and hereby request the following inspection on Friday, February 12, 2021 at 1:00 pm:

1. Unencumbered access to all areas in which detainees are currently being held at the St. Louis City Medium Security Institution, including cells, pods, or solitary confinement holding facilities, including space for private interviews with detainees.

2. Make available for inspection and on-site scanning all records or documents containing data regarding the temperature of the housing areas of MSI from November 1, 2020 to present.

Dated: February 11, 2020

**ARCHCITY DEFENDERS, INC.**

By: */s/ Nathaniel R. Carroll*
    Blake A. Strode (MBE #68422MO)
    John M. Waldron (MBE #70401MO)
    Corrigan Lewis, (MBE #68001 MO)
    Matthew Dollan, (MBE #71867 MO)
    Nathaniel R. Carroll, (MBE #67988 MO)
    Maureen G. V. Hanlon (MBE #70990MO)
    440 N. 4th Street, Suite 390
    Saint Louis, MO 63102
    855-724-2489 ext. 1012

314-925-1307 (fax)
bstrode@archcitydefenders.org
jwaldron@archcitydefenders.org
clewis@archcitydefenders.org
mdollan@archcitydefenders.org
ncarroll@archcitydefenders.org
mhanlon@archcitydefenders.org

and

**DLA PIPER LLP (US)**

By: */s/ Gail Rodgers*
Gail Rodgers (*Pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-335-4500
Fax: 212-335-4501
gail.rodgers@dlapiper.com

Saher Valiani (MO Bar No. 69402)
33 Arch Street, 26th Floor
Boston, MA 02215
Phone: 617-406-6000
Fax: 617-406-6100
saher.valiani@dlapiper.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of February, the undersigned served true and correct copies of the foregoing via email on counsel of record for Defendants.

*/s/ Nathaniel R. Carroll*