IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES CODY et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF ST. LOUIS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:17-CV-02707-AGF |

## DECLARATION OF JEFFREY CARSON

I, Jeffrey Carson, declare under penalty of perjury as follows:

1) My name is Jeffrey Carson and I am the Superintendent of the City of St. Louis Medium Security Institution ("MSI"). I oversee all day-to-day operations at MSI and report directly to the Commissioner of the City of St. Louis Division of Corrections, Dale Glass.

2) Currently, MSI is only housing inmates in Pods 1, 2, 3 and 4.

3) Temperature readings were taken in Pods 1, 2, 3, and 4 at approximately 10:45am on February 12, 2021 and read as follows:

    Pod 1 – 79 degrees

    Pod 2 – 76 degrees

    Pod 3 – 80 degrees

    Pod 4 – 80 degrees

4) Currently, there are zero confirmed cases of COVID-19 at MSI.

5) This declaration is based on personal knowledge.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12 day of February, 2021.

_____
Jeffrey Carson   Supt. MSI