## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT
## EASTERN DIVISION

| | |
|---|---|
| JAMES CODY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 4:17-cv-02707-AGF |
| ) | |
| ) | |
| CITY OF ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO COMPEL DISCOVERY REPONSES

COMES NOW Defendant City of St. Louis ("City"), by and through the undersigned, and moves the Court to enter an order sealing certain exhibits filed with Defendant's Motion to Compel [Doc. 197], and in support thereof states the following:

1. Defendant City, through the undersigned, filed a Motion to Compel Discovery Responses on May 17, 2021 [Doc. 197], and attached as exhibits to that Motion Plaintiffs' interrogatory responses.

2. Undersigned counsel did not notice that Plaintiffs' personal information was included in those responses, and their unredacted submission is not compliant with Local Rule 2.17.

3. The undersigned regrets the oversight, and did not intend to publicly disclose Plaintiffs' personal information.

4.     The specific exhibits to Doc. 197 that should be sealed are numbered 19-24, or Exhibits S – X. These are the Plaintiffs' responses to Defendant's first set of interrogatories.

WHEREFORE, Defendant City of St. Louis moves the Court enter an order sealing exhibits 19-24 (S-X) to Doc. 197 Defendant's Motion to Compel filed in this Cause.

Respectfully submitted,

**MATTHEW MOAK**
**CITY COUNSELOR**

By:  ____/s/ Steven R. Kratky_____
Andrew D. Wheaton, No. 65269MO
Steven R. Kratky, No. 61442MO
Adriano Martinez, #69214MO
Law Department, City of St. Louis
City Hall, Room 314
Saint Louis, MO  63103
Tele: 314-622-3361
WheatonA@stlouis-mo.gov
KratkyS@stlouis-mo.gov
MartinezA@stlouis-mo.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the foregoing was served upon all counsel of record via the Court's electronic filing this 18th day of May, 2021.

_____/s/___Steven R. Kratky_____