**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

JAMES CODY, et al., individually and on behalf of all similarly situated individuals,

Plaintiffs,

v.

CITY OF ST. LOUIS., MISSOURI,

Defendants.

Case No. 4:17-cv-2707-AGF

**PLAINTIFFS' MOTION TO SEAL**

Plaintiffs hereby move the Court to seal the attached exhibits of Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification (ECF No. 249). The City does not object to these exhibits being filed under seal. A memorandum in support of this motion is being submitted herewith.

Dated: August 2, 2021

Respectfully submitted,

**ARCHCITY DEFENDERS, INC.**
By: */s/ Nathaniel R. Carroll*
Blake A. Strode (MBE #68422MO)
Jacki J. Langum (MBE #58881MO)
John M. Waldron (MBE #70401MO)
Matthew Dollan, (MBE #71867 MO)
Nathaniel R. Carroll, (MBE #67988 MO)
Maureen G. V. Hanlon (MBE #70990MO)
Brandon L. Jackson (MBE #68159MO)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489 ext. 1012
314-925-1307 (fax)
bstrode@archcitydefenders.org
jlangum@archcitydefenders.org
jwaldron@archcitydefenders.org

mdollan@archcitydefenders.org
ncarroll@archcitydefenders.org
mhanlon@archcitydefenders.org
bjackson@archcitydefenders.org

and

**DLA PIPER LLP (US)**

By: */s/ Robert J. Alessi*_______________
Robert J. Alessi (*Pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-335-4500
Fax: 212-335-4501
Robert.alessi@dlapiper.com

Dennis Kiker (*Pro hac vice*)
2525 East Camelback Road, Ste. 1000
Phoenix, AZ
Phone: 480-606-5100
Fax: 480-606-5101
dennis.kiker@dlapiper.com

Saher Valiani (MO Bar No. 69402)
33 Arch Street, 26th Floor
Boston, MA 02215
Phone: 617-406-6000
Fax: 617-406-6100
saher.valiani@dlapiper.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this ____ day of _______, 2021, notice of filing and a true and correct copy of the foregoing was served on all counsel of record upon filing with this Court's electronic PACER/ECF notification system.

*/s/*_________________