

Carson, Jeffrey E. <carsonj@stlouis-mo.gov>

## MSI Inspection - March 2021
4 messages

---

**Tibbs, Amir** <tibbsa@stlouis-mo.gov>                                    Thu, Apr 8, 2021 at 6:13 PM
To: Charles Pratt <prattc@stlouis-mo.gov>, Fredrick Echols <echolsf@stlouis-mo.gov>, "Jeffrey E. Carson" <carsonj@stlouis-mo.gov>, Greg Morgenthaler <morgenthalerg@stlouis-mo.gov>, Kevin Slay <slayk@stlouis-mo.gov>

**Medium Security Institution Inspection**
- **Date / Time:** 25 Mar. 2021 / Approx. 10:30 am - 3:30 pm

- **Contacts :** Jeffery E. Carson - Detention Center Superintendent 314.389.4790 x8301, Joseph C. Jones - Operations Supervisor 314.389.4790 & Tyrone Simkins - Kitchen Manager

Amir Tibbs, Community Sanitation Officer, conducted a thorough Environmental Health Sanitation Inspection of the Medium Security Institution. Listed below are the Environmental Health Officer's (EHO) observations - at time of inspection - affecting the Health and Safety of MSI's confined population, the visiting public, and the facilities staff and officials.

**MSI General Facility:**
**Lobby -** Lobby Temperature - 72 Degrees / Women's Bathroom - Hot Water 115 Degrees
- **Front and Entrance -** Area clean and in good repair. No Violations Observed.

  - **Lobby Area - General Seating -** Area clean and in good repair.

  - **Roof leak above ATM in lobby area. Roof in poor condition, in need of repair / replacement.**

  - **Visitor Area Bathrooms -** Environmental Health Officer observed many areas of wall surface in poor repair, with peeling paint and crumbling plaster in both the Men's and Women's lobby bathrooms.

  - **Outdoor Smoking Area Adjacent to Lobby -** EHO observed area has peeling paint on concrete floor, in need of repair.

- **Social Services Area -** Clean and in good repair. No Violations Observed

- **At time of inspection MSI Dorms are not in use. Roof in poor repair with major leaks above Dorms A and B.**

- **Connector Hallway leading to MSI PODS**

  - EHO observed a roof leak, with buckets to catch water. Roof in need of repair / replacement

  - **POD # 1 -** Dayroom - 74 Degrees / Occupied Cell Temperature - 77 Degrees / Occupied Cell Water Temperature - 113 Degrees

    o   EHO observed new, cosmetic shower renovations in this POD - completed since last inspection. The Environmental Health Officer observed problems with the water pressure and mechanical controls of some of the shower hardware.

  - **POD #2 -** Dayroom - 72 Degrees / Occupied Cell Temperature - 77 Degrees / Occupied Cell Water Temperature 110 Degrees

- o  In this POD, EHO observed some shower handles not functioning properly, and poor water pressure in some shower stalls. Bathrooms in this POD have had cosmetic, surface renovations - new terrazzo - since last sanitation inspection, however hardware and mechanical issues - especially plumbing, are still in need of renovation as water pressure, faucet hardware, and some drains were observed not functioning properly and in need of replacement.

- **POD #3 - MAXIMUM SECURITY - Inmates from Carnahan Justice Center -** Dayroom - 75 Degrees / POD Storage Room Temperature - 75 Degrees

    - o  This POD has not had the cosmetic updates seen in other areas. EHO observed: Shower stalls in poor repair, with peeling paint, some control handles not functioning properly, and poor water pressure in some stalls. Again, hardware and mechanical issues - especially plumbing, are in need of repair, as water pressure, faucet hardware, and some drains were observed not functioning properly and in need of replacement.

    - o  **Additional Community Sanitation Issues noted in POD #3**

    - o  Unlabeled spray bottle - Bottle was immediately removed.

    - o  Ice Scoop not Protected from contamination - Observed laying on paper towels

- **POD #4** - Dayroom - 77 Degrees / Occupied Cell Temperature - 77 Degrees / Occupied Cell Water Temperature - 110 Degrees -

    - o  In POD #4, EHO observed the Special Needs shower in need of repair. The Drain was not installed at time of inspection as it is in need of repair. POD #4 first floor showers have not had cosmetic renovation. As in PODS 1,2, and 3, the POD #4 showers were also observed in need of replacement faucet hardware and plumbing and drain repair.

    - **MSI Kitchen and Cafeteria** - Water Temperature - 110 Degrees F

    - Environmental Health Officer Observed the following Community Sanitation / Safety Issues

    - o  **PEST ISSUES** - Observed in Kitchen areas only - especially in the dish room at floor drain. Live roaches EHO observed American and Oriental Cockroaches - at varying life stages - Treatment by Licensed Pest Control Operator is recommended. Mr. Carson states the facility will contact their contracted pest control operator. EHO also observed multiple gnats in kitchen areas at time of inspection. EHO will speak with Food Control Officer Kevin Slay about observed kitchen violations. **Follow Up Required.**

    - o  Above door - EXIT sign not illuminated at door leading to dining area. - Mr. Carson had Mr. Jones remediate this immediately.

    - o  Two large, open vent areas in the dish room ceiling - from removal of old dish machine - Recommend covering to help prevent pests, and assure contiguous, smooth, easy to clean surface as required by FDA Food Code for Kitchen facilities.

    - o  Dining area floor has multiple missing floor tiles.

    - o  Paper towels not available in restroom as required by FDA Food Code

- **MSI Laundry Area** - Overall, observed clean and well maintained.

    - o  Laundry Wash Water temperature observed at 175 Degrees F

    - o  Leak observed at flush button of toilet

    - o  No lint accumulation observed behind dryers