# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMES CODY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 4:17-cv-2707-AGF |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS, TESTIMONY, AND REPORTS OF DEFENDANT'S PROPOSED EXPERT WITNESSES GEORGE HARDINGER AND JOSEPH GUNJA

Plaintiffs respectfully move this Court for an Order excluding from evidence at trial the opinions, reports, and testimony of George Hardinger and Joseph Gunja, proposed expert witnesses for Defendant City of St. Louis. In support of the Motion, Plaintiffs submit the attached Memorandum of Law.

Dated: October 15, 2021

Respectfully submitted,

By: /s/ *Nathaniel R. Carroll*

**ARCHCITY DEFENDERS, INC.**
Blake A. Strode (MBE #68422MO)
Jacki J. Langum (MBE #58881MO)
John M. Waldron (MBE #70401MO)
Nathaniel R. Carroll, (MBE #67988 MO)
Maureen G. V. Hanlon (MBE #70990MO)
Brandon L. Jackson (MBE #68159MO)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489 ext. 1012
314-925-1307 (fax)
bstrode@archcitydefenders.org
jlangum@archcitydefenders.org
jwaldron@archcitydefenders.org
ncarroll@archcitydefenders.org
mhanlon@archcitydefenders.org

bjackson@archcitydefenders.org

and

**DLA PIPER LLP (US)**
By: */s/ Robert J. Alessi*
Robert J. Alessi (*Pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-335-4866
Fax: 212-335-4866
robert.alessi@dlapiper.com

Dennis Kiker (*Pro hac vice*)
2525 East Camelback Road, Ste 1000
Phoenix, AZ
Phone: 480-606-5100
Fax: 480-606-5101
dennis.kiker@dlapiper.com

Saher Valiani (MO Bar No. 69402)
33 Arch Street, 26th Floor
Boston, MA 02215
Phone: 617-406-6000
Fax: 617-406-6100
saher.valiani@dlapiper.com

*Attorneys for Plaintiffs*