UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CODY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-2707 AGF |
| | ) | |
| CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This putative class action is before the Court on the motion of nonparty Corizon, LLC to partially quash Plaintiffs' Amended Subpoena Duces Tecum (ECF No. 205).  In their briefs before the Court, and in a status report filed by Plaintiffs after the Court dismissed without prejudice Plaintiffs' claims for injunctive and declaratory relief (ECF No. 281), the parties have advised the Court that they have reached agreement regarding several of Corizon's objections.

The only remaining dispute relates to whether Corizon should be required to produce: "For the period of time between March 1, 2020 and February 29, 2021, all documents reflecting the policies, protocols, and procedures of Corizon related to COVID-19 at the MSI facility."  Subpoena, ECF No. 206-1 ¶ 21.  The Court agrees with Corizon that such documents are wholly irrelevant to Plaintiffs' claims, which predate by years and in no way relate to the COVID-19 pandemic, particularly in light of the dismissal of Plaintiffs' claims for prospective relief.

Accordingly,

**IT IS HEREBY ORDERED** that, to the extent not already resolved by the agreement of the parties, Corizon, LLC's Motion to Partially Quash Subpoena Duces Tecum is **GRANTED**.  ECF No. 205.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of October, 2021.

2