# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF MISSOURI
 3                        EASTERN DIVISION
 4
     JAMES CODY, et al.,              )
 5                                    )
              Plaintiffs,             )
 6                                    )
     vs.                              ) Case No.:
 7                                    ) 4:17-cv-2707
     CITY OF ST. LOUIS,               )
 8                                    )
              Defendant.              )
 9                                    )
10
11
12
13              DEPOSITION OF JOSEPH GUNJA
                (Videoconference via Zoom)
14
15
16               Springfield, Missouri
                    June 28, 2021
17                    9:16 a.m.
18
19
20
21
22
23
     REPORTED BY:
24   Kristy A. Ceton, RPR
     AZ Certified Court Reporter No. 50200
25
```

```
 1          A.   Okay.  Yeah.
 2          Q.   Okay.  And you'll see that it was signed
 3   by Mr. Vail, the Vail report on September 27th, 2019,
 4   correct?
 5          A.   Yes.
 6          Q.   So the Vail report was completed before
 7   you started work on your report, correct?
 8          A.   Correct. Yep.  Yeah.  Because I didn't
 9   even start the case until 20- -- 2020.
10          Q.   Right.
11               Did you review or rely on the Vail report
12   in forming the opinions set forth in your report?
13          A.   No.
14          Q.   Okay.  Now, if you turn to Exhibit 2, at
15   the back of the Vail report, which I'll show you on
16   my screen.  Do you see Exhibit 2 here at the back of
17   the Vail report?
18          A.   Yes.  And that's a document?
19          Q.   Correct.
20          A.   Okay.
21          Q.   Now, if you could compare the case
22   resources listed on pages 2 through 4 of your report
23   to the first three pages of Exhibit 2 of the Vail
24   report, do you see that pages 2 through 4 of your
25   report appear to be a verbatim copy of the first
```

1    three pages of Exhibit 2 of the Vail report?
2         A.   They do look close, yes.
3         Q.   Do you know why that is?
4         A.   No, I don't.
5         Q.   Well, you had indicated that you had
6    typed -- you had previously testified that you had
7    typed the materials listed in Roman numeral II, Case
8    Resources, on pages 2 through 4 of your report,
9    correct?
10        A.   Yes.
11        Q.   But given the fact that the Exhibit 2 in
12   the Vail report, which was prepared months prior to
13   your report, appears to be a verbatim copy -- or your
14   report appears to be a verbatim copy of Exhibit 2 of
15   the Vail report, is it still your testimony that you
16   typed Exhibit -- you typed the list of materials
17   under Case Resources in Exhibit -- in pages 2 through
18   4 of your report?
19        A.   Well, I don't know how else it would get
20   on my report unless I typed it in there.
21        Q.   But you had also testified that you
22   hadn't neither seen nor read the Vail report in
23   preparing your report, correct?
24        A.   Correct.  But I --  No.  I reviewed this
25   report, because this report was before I had even

```
 1   been contacted.  I had -- yes, this was one of the
 2   reports that I had been provided.
 3        Q.   Okay.  I mean, if you look, for instance,
 4   if you look at your Case Resources, section 1, item
 5   1, Vail Affidavit, August 30th, 2018, you see there's
 6   a spare comma after --
 7        A.   Yeah.
 8        Q.   -- Vail Affidavit, August 30th, 2018?
 9             And then if I go to Mr. Vail's Exhibit 2,
10   Vail Affidavit, August -- there's also a spare comma
11   after that.  So do you agree that it looks as if the
12   Case Resources listed on pages 2 through 4 of your
13   report have been cut and pasted from the first three
14   pages of Exhibit 2 in the Vail report?
15        A.   It looks similar.  If you're asking me if
16   I cut and pasted, the answer is no.  I mean, if
17   you're asking me if I did that, just say it.  I did
18   not cut and paste.  I don't do that off pdf files.  I
19   may do it off Word files that I have in previous
20   cases of my own.
21             But all I can tell you is I reviewed his
22   and reviewed what I looked at.  I typed them in of
23   what the documents I was provided to review.
24        Q.   And did -- well, when you typed them in,
25   did you -- did you type them in by copying Exhibit 2
```

1   of Mr. Vail's report?

2        A.   No.  Not that I can recall.  I mean, I
3   don't -- you keep asking me if I cut and pasted.  I
4   did not cut and paste.  But I also reviewed other
5   reports to see if -- if the other expert for the
6   defense that's -- to make sure I had the same
7   information that he had or she, whoever the other
8   people were.  So...

9        Q.   Okay.  Are the documents and materials
10  listed under Roman numeral II, Case Resources, in
11  your -- on pages 2 through 4 of your report, is that
12  a complete list of the documents and materials that
13  you relied on in forming the opinions set forth in
14  your report?

15       A.   Yeah.  It's what I provided.  I was
16  provided with the documents.

17       Q.   Okay.

18       A.   But if you're asking me if I used every
19  document to make my -- to form my opinions on, I used
20  them all as resources to form my opinion on.  But if
21  we went by one, by one, by one, I can't honestly tell
22  you I used every one.

23       Q.   Well, do you know if there are documents
24  that you relied on in preparing your report that are
25  not listed on pages 2 through 4 of your report?