UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CODY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.  4:17-CV-02707-AGF |
| | ) | |
| CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Following a telephone conference held with counsel on January 12, 2022, and for the reasons discussed during that conference,

**IT IS HEREBY ORDERED** that Defendant's motion to amend the Case Management Order (ECF No. 303) is **GRANTED in part, as follows**:

1. Defendant's response to Plaintiffs' renewed motion for class certification (ECF No. 307) must be filed no later than **January 31, 2022**, and any reply may be filed no later than **10 days** thereafter (and no later than **February 10, 2022**).

2. The trial setting of February 28, 2022 and the setting for the final pretrial conference of February 24, 2022 are both **VACATED**, to be reset at a later date sometime after the Court to rules on the above-noted motion and other anticipated pretrial motions.

3. The parties shall promptly engage in good faith discussions regarding the choice of a mediator.

4. No later than **seven (7) days** after the Court rules on Plaintiffs' renewed motion for class certification (ECF No. 307), the parties shall file a joint proposed scheduling plan for the remainder of the litigation, including proposed deadlines for any further pretrial motions and a re-referral to

1

mediation, as well as the earliest date by which this case should reasonably be expected to be ready for trial.

Except as amended herein, the Case Management Order shall remain in effect.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 12th day of January, 2022.