# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-8011

_____

James Cody; Jasmine Borden

Respondents

Vincent Grover; John Doe; John Roe

Plaintiffs

Michael Mosley; Diedre Wortham, on behalf of themselves and all others similarly situated; Callion Barnes; Eddie Williams

Respondents

v.

City of St. Louis, for and on behalf of Medium Security Institution

Petitioner

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02707-AGF)

------

**JUDGMENT**

Before LOKEN, SHEPHERD, and KOBES, Circuit Judges.

Judgment is entered in accordance with the court's order dated June 27, 2022 granting petitioners' petition for permission to appeal pursuant to FRCvP 23(f). The new case is docketed under appeal No. 22-2348.   Mandate shall issue forthwith.

June 27, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans