**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES CODY, *et al.*, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No. 4:17-cv-2707-AGF<br>) |
| CITY OF ST. LOUIS, | )<br>) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**
**AND**
**JOINT MOTION TO STAY PROCEEDINGS**

The Plaintiffs and Defendant (the "Parties") hereby jointly notify this Court that the Parties have reached a settlement agreement in principle of the above-captioned matter, and accordingly move to stay all pending motions and proceedings. In support hereof, the Parties state as follows:

1. The Parties reached a settlement agreement in principle on all essential terms on February 24, 2025.

2. This settlement agreement resulted during continuing negotiations following the mediation held in November 2024.

3. Currently pending before the Court is Plaintiffs' Second Renewed Motion for Class Certification. Doc. 401.

4. Additional time and effort are required of the Parties to draft and finalize the proposed Settlement Agreement and to get a full list of class members from third-party data providers.

5.	After finalizing the agreement, the Parties anticipate submitting a Joint Motion for Preliminary Approval of Class Action Settlement, asking the Court for an order granting preliminary approval of the settlement and directing distribution of notice to class members.

6.	The Parties therefore ask this Court to stay all current proceedings and pending motions, including Plaintiffs' Second Renewed Motion for Class Certification.


February 25, 2025								Respectfully submitted,


**ARCHCITY DEFENDERS, INC.**

By: */s/ Maureen Hanlon*
Blake A. Strode (MBE #68422 MO)
Jacki J. Langum (MBE #58881 MO)
Maureen G. V. Hanlon (MBE #70990 MO)
Nathaniel R. Carroll, (MBE #67988 MO)
440 N. 4thStreet, Suite 390
Saint Louis, MO 63102
855-724-2489 ext. 1040
314-925-1307 (fax)
bstrode@archcitydefenders.org
jlangum@archcitydefenders.org
mhanlon@archcitydefenders.org
ncarroll@archcitydefenders.org


/s/ Abby Duncan
Abby Duncan #67766MO
Associate City Counselor
1200 Market St.
City Hall, Rm 314
St Louis, MO 63103
duncana@stlouis-mo.gov