# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMES CODY, *et al.*, individually and on behalf of other similarly situated individuals,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF ST. LOUIS,<br><br>　　Defendant. | Case No. 4:17-cv-2707-AGF |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Rule 4.01(D) of the United States District Court for the Eastern District of Missouri, Plaintiffs move for leave to file a Memorandum in Support of Motion for Preliminary Approval of Class Settlement in excess of fifteen pages. Plaintiffs state in support:

1. To fully address the requirements for a class action settlement under Federal Rules of Civil Procedure 23(a), 23(b), and 23(e), as well as the Court's questions raised in its March 27 order, *see* Doc. 416, and at the June 12, 2025, hearing, Plaintiffs seek leave to file a Memorandum in Support that exceeds fifteen pages.

2. Plaintiffs seek leave to file a memorandum that is no more than 45 pages.

3. This Motion for Leave to File Excess Pages is made in good faith and will not prejudice Defendants.

For these reasons, Plaintiffs respectfully request this Court grant their Motion for Leave to File Excess Pages with respect to the Memorandum in Support of Motion for Preliminary Approval of Class Settlement.

Date: October 21, 2025											Respectfully submitted,

**ARCHCITY DEFENDERS, INC.**

By: /s/ Brianna Coppersmith
Maureen G. V. Hanlon (MBE #70990MO)
Brianna R. Coppersmith (MBE #75515MO)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489 ext. 1012
314-925-1307 (fax)
mhanlon@archcitydefenders.org
bcoppersmith@archcitydefenders.org