**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

*Cody, et al., v. City of St. Louis*
U.S. District Court for the Eastern District of Missouri
Case No. 4:17-cv-2707-AGF

The Court authorized this Notice.
This is not a solicitation from a lawyer

**If You Were Detained in the St. Louis Medium Security Institute ("MSI") for Three or More Consecutive Days Between November 13, 2012 and June 30, 2022**

**YOU MAY BE ELIGIBLE FOR A SETTLEMENT PAYMENT**

. PLEASE READ THIS NOTICE CAREFULLY
Your rights may be affected.

For access to the Long Form Notice and more information visit the Settlement Website.
**www.stlmediumsecurityinstitutionclassaction.com**

ST. LOUIS MSI LAWSUIT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
ST. PAUL, MN 55164

<<Barcode>>
Claimant ID: <<claimant ID>>

<<FIRSTNAME>> <<LASTNAME>>
<<ADDRESS>>
<<ADDRESS 2>>
<<CITY>> <<ST>> <<ZIP>>

**What is this about?** A settlement has been reached with the City of St. Louis ("Defendant") in a class action lawsuit alleging that the City violated the U.S. Constitution by detaining individuals in cruel and unusual conditions in the Medium Security Institution ("MSI").

**Who is included?** The Settlement Class includes persons who were detained in the St. Louis MSI between November 13, 2012 and June 30, 2022 for three or more consecutive days who allegedly experienced inhumane treatment including exposure to one or more of the following conditions: extreme temperatures, poor ventilation, overflowing sewage, insect and rodent infestations, mold, or overcrowding.

**What does the Settlement provide?** Defendant will create a $4,000,000.00 Settlement Fund to compensate Settlement Class Members who complete and submit a Claim Form by [120-day Claim Period Date]. If you are a Class Member and you submit a Claim Form, you will receive a payment by check for your portion of the Settlement, once the Court approves the Settlement and after Court-approved deductions for attorneys' fees and costs, administrative costs, and service awards are made.

**What are my options?** (1) Do Nothing: If you do nothing you will not receive a Settlement payment, but your rights may be affected. You will be bound by the Court's decisions. (2) Submit a Claim Form: To receive a Settlement payment you must file a claim. You can complete and return the Claim Form attached to this Notice by mail or submit one online at www.STLmediumsecurityinstitutionclassaction.com. Claim Forms must be submitted by [120-day Claim Period Date]. (3) Request Exclusion: If you do not want to be legally bound by the Settlement or receive a check, you must opt out from the Settlement by mailing a written exclusion to the Settlement Administrator by [60-day Opt-Out Date]. Unless you opt out, you will not be able to sue Defendant for any claim made in the lawsuit or released by the Settlement Agreement. If you do not opt out of the Settlement, you may object to it by [120-day Objection Date]. Visit the Settlement Website at www.STLmediumsecurityinstitutionclassaction.com for details on these options.

The Court will hold a Final Approval Hearing at [Time] of [Date] in Courtroom [XX] of the [Courthouse name and address] to consider whether to approve the Settlement, Class Counsel's request for attorneys' fees and expenses, and the named plaintiffs' service awards. You may attend but are not required to do so. Settlement Payments cannot be issued until after the Court approves the Settlement. Be advised that the Final Approval Hearing date may change without further notice to Class Members.

**More information, including the Long Form Notice and Settlement Agreement, is available on the Settlement Website (www.stlmediumsecurityinstitutionclassaction.com or scan QR Code) or by calling 1-8XX-XXX-XXXX.**



## BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO.161  SAINT PAUL, MN

POSTAGE WILL BE PAID BY ADDRESSEE

ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164-9811

# Cody v. City of St. Louis Claim Form

**Claims must be postmarked and mailed or filed online at www.STLmediumsecurityinstitutionclassaction.com on or before [120-day Claim Period Date].**

Claimant ID: <>
<<FIRST NAME>> <<LAST NAME>>
<<ADDRESS>> <<ADDRESS 2>>
<<CITY>> <<ST>> <<ZIP>>

If your address has changed, please update below.*

_____
_____
_____

*If your name has changed or you are filing on behalf of a deceased Class Member, please call 1-8XX-XXX-XXX for additional information on how to file a Claim Form.

Check the boxes if you agree with the following statements:

☐ **I was detained in MSI for three or more consecutive days between November 13, 2012 and June 30, 2022.**

☐ **Throughout my detention at MSI, I experienced inhumane treatment including exposure to one or more of the following conditions: extreme temperatures, poor ventilation, overflowing sewage, insect and rodent infestations, mold, or overcrowding.**

I hereby give assurances that the information provided on this Claim Form is correct.

_____
Printed Name

_____                    _____
Signature                                                  Date (MM/DD/YYYY)

Claims must be postmarked and mailed or filed online at www.STLmediumsecurityinstitutionclassaction.com no later than [120-day Claim Period Date].