**Cody et al., v. City of St. Louis**
**Case No. 4:17-cv-2707-AGF**

CLAIM FORM

You are eligible to complete and submit this Claim Form to be eligible for a Settlement Payment if you were detained in the City of St. Louis, Missouri Medium Security Institution for three or more consecutive days between November 13, 2012 and June 30, 2022.

**Please complete this form in its entirety. Claim Forms must be mailed and postmarked or filed online at www.STLmediumsecurityinstitutionclassaction.com no later than [120-day Claim Period Date].**

## CLASS MEMBER INFORMATION

Claimant ID: _____
*This is the 8-digit number printed about your name and address on the Notice that was mailed to you.*

First Name:_____ Last Name*: _____ MI: _____

Current Street Address: _____

City:_____ State:_____ Zip:_____

*\*If your last name has changed since you were in custody at MSI, please include legal documentation, such as a marriage or divorce certificate, with your claim to support the name change. If you are filing a claim on behalf of a deceased Class Member, please include a copy of his/her death certificate and legal documentation to show that you have authority to act on his/her behalf with the claim.*

## CLAIMANT VERIFICATION

Check the boxes below if you agree with the following statement:

☐ **I was detained in the St. Louis Medium Security Institution for three or more consecutive days between November 13, 2012 and June 30, 2022.**

☐ **Throughout my detention at the St. Louis Medium Security Institution, I experienced inhumane treatment including exposure to one or more of the following conditions: extreme temperatures, poor ventilation, overflowing sewage, insect and rodent infestations, mold, or overcrowding.**

## CLAIMANT DECLARATION

**I hereby give assurances that the information on this Claim Form is correct.**

Signature: _____ Date: _____

Claim Forms can be submitted online at www.STLmediumsecurityinstitutionclassaction.com or by mail to:

St. Louis MSI Lawsuit
c/o Atticus Administration
PO Box 64053
St. Paul, MN 55164
Email: STLMSIlawsuit@atticusadmin.com

**CLAIMS MUST BE SUBMITTED BY [120-day Claim Period Date].**
Call the Settlement Administrator at 1-8XX-XXX-XXX if you need assistance or have any questions.