**Kelley Shirley**

| | |
|---|---|
| **From:** | MOED_Orders_CMS_AGF_SRW_JSD |
| **Sent:** | Thursday, July 2, 2026 8:06 AM |
| **To:** | MOED_Orders_CMS_AGF_SRW_JSD |
| **Subject:** | FW: Formal Notice 7/1/2026 |

**From:** Deb Woods <debwds2@aol.com>
**Sent:** Wednesday, July 1, 2026 4:14 PM
**To:** Settlement Mailboxes <settlementmailboxes@atticusadmin.com>; St. Louis Medium Security Institution Class Action <stlmediumsecurityinstitutionclassaction@atticusadmin.com>; mail@archcitydefenders.org; MOEDml_ExecTeam <MOEDml_ExecTeam@moed.uscourts.gov>
**Subject:** Re: Formal Notice 7/1/2026

<mark>CAUTION - EXTERNAL:</mark>

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI

## In re: Cody v. City of St. Louis, et al.
Case No. 4:17CV-2707-AGF

## SUPPLEMENTAL OBJECTION OF CLASS MEMBER DEBORAH WOODS TO PROPOSED CLASS ACTION SETTLEMENT

I am a member of the Settlement Class and hereby submit this timely Supplemental Objection to the proposed settlement in this matter.

The proposed settlement is **not fair, reasonable, or adequate** under Federal Rule of Civil Procedure 23(e) for the following reasons:

1. **Grossly Inadequate Recovery**: The $4 million settlement (after attorneys' fees and administration costs and only $50,000 going to the lead plaintiffs, ($10k each) leaves the vast majority of the 16,000+ potential class members with negligible compensation for years of unconstitutional conditions, extrajudicial violence and systemic harm.

2. **Failure to Address Severity of Harms**: The settlement does not adequately account for the most serious violations, including deaths, sexual assault by staff, physical assaults by staff and long-term medical consequences. It lacks any provision for meaningful medical monitoring — which is standard in cases involving environmental justice with prolonged exposure to unconstitutional conditions and severe toxic exposures.

3. **Inadequacy of Representation**: Class Counsel appears to have negotiated a settlement that benefits themselves with but a nod to a small number of lead

plaintiffs ~ and almost nothing for the class as a whole. Communication with class members has been negligent, obstructive and contradictory.

4. **Defective Notice**: Many class members, including myself, did not receive adequate notice of their rights - as the direct result of ongoing systemic unconstitutional harm by the defendants.

For these reasons, I respectfully request that the Court **reject** the proposed settlement as failing to meet the standards of Rule 23.

I ask that this Supplemental Objection be made part of the record - by whoever's job it is to do that. Because it would seem to me if I have plaintiff counsel in this matter - maybe THEY should alert the EDMO of this Supplemental Objection, rather than acting as counsel for the settlement compensation only.

Sincerely,

Deborah Woods

Email: debwds2@aol.com