## Kelley Shirley

| | |
|---|---|
| **From:** | MOED_Orders_CMS_AGF_SRW_JSD |
| **Sent:** | Wednesday, July 8, 2026 7:29 AM |
| **To:** | MOED_Orders_CMS_AGF_SRW_JSD |
| **Subject:** | FW: This is the Notice to Appear for the Hearing. |

**From:** Da OG Whippa Snappa <62clewis1955@gmail.com>
**Sent:** Tuesday, July 7, 2026 10:22 AM
**To:** MOED_SRL_Filings <MOED_SRL_Filings@moed.uscourts.gov>
**Subject:** This is the Notice to Appear for the Hearing.

**CAUTION - EXTERNAL:**

I intend to appear at the hearing of Case # 4:17 - cv - 2707 - AGF
My Name is Mr. Charles C.Lewis
3901 Cote Brilliante Ave.
St. Louis, MO 63113
Phone # 314-347-0520

Objection #1. I objection to the amount to be granted to me is unfair and unreasonable, base on the constitution and Missouri law.
Greatly appreciated,
Mr. Charles Lewis

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1