IN THE EASTERN DISTRICT OF MISSOURI

IN THE CITY OF ST. LOUIS, STATE OF MISSOURI

| | | |
|---|---|---|
| Cody et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| City of St. Louis | ) | |
| | ) | Case Number: 4:17-cv-02707 |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**OBJECTOR'S RESPONSE TO PLAINTIFF'S RESPONSE TO OBJECTOR'S RESPONSE TO PLAINTIFF'S RESPONSE TO OBJECTOR'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEY'S FEES**

Comes now Objector, **Deborah Woods**, a *pro se* (for this filing only) Objector and an unrepresented member of the Settlement Class, and respectfully submits this Reply to Class Counsel's latest Response regarding the fairness, adequacy, and reasonableness of the proposed settlement agreement in this matter and states as follows:

1.      Objector Woods regrets that she has now lost track of how many times the lawyers came forth to demand their payday and bind the innocent to the unconscionable, despite that payday and that binding being egregiously unjust, wrong, inadequate and unfair. I leave it to this honorable Court to keep the verified count.

2.      In response Objector Woods states the following:  "Me think thou doth protest too much."  If it were clearly fair, adequate and reasonable, the good of it would stand ~ without need for 100+ pages of defensive pleadings.  But it collapses under the slightest scrutiny – scrutiny that was engineered to never be received or heard by this

Court.  The truth in this matter is like a lion: Objector does not need to defend the truth herein anymore; Objector Woods unleashed the truth – and it is defending itself – as the truth always does.

3.      Res ipsa loquitur:  The thing speaks for itself – and it is full rot. The lawyers involved in this know it and I know it.   Objector can live with what she did to try and right a terrible injustice in this matter.  The lawyers sleep the sleep of the too well fed.

4.      When you do this malevolent deed against your own citizenry, people whom "you forget are even human beings" ~ you will one day come to understand how you are a big part of the reasons why your City continues to fail.  An unjust instrument as this against the oppressed will be your legacy.  That is God's full judgment upon you. I pray for mercy and for just righteousness to prevail.

5.      Objector Woods need do nothing further.  Objector Woods brought the truth into this matter – and exposed it in full.   Her hands are clean.  She sounded the trumpet to warn the others.  What this City allows, is what will continue.  And that's just the way that it is and things and will never be what St. Louis once was – a hundred years ago.

Keep your coin; Objector Woods wants real change.

You may strike this pleading~ but you can never forget the truth it tried to impart.

Respectfully submitted,

Deborah Woods

Objector pro se

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, a copy of the foregoing filed with the Clerk of the Court and served upon the Settlement Administrator and relevant counsel of record.

Deborah Woods Objector pro se