**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES CODY, *et al.*, individually and on behalf of other similarly situated individuals, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:17-cv-2707-AGF |
| CITY OF ST. LOUIS, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE FOLLOWING FINAL FAIRNESS HEARING OF
AMENDED PROPOSED JUDGMENT AND DEFICIENT CLAIMS STATUS**

On July 22, 2026, the Parties appeared for a Final Fairness Hearing where the Court approved the Consent Motion for Final Approval of the Class Action Settlement as well as the Consent Motion for Attorneys' Fees, Costs, and Service Awards. The Court invited the Parties to submit an amended Proposed Judgment and also requested that Plaintiffs' Counsel submit an updated report about claims that were, at the time of the hearing, flagged by the Settlement Administrator as "under review" because of a deficiency with the submission. The Court asked that these updates be received within two weeks. Plaintiffs now respectfully submit the following.

**I.  Amended Proposed Judgment**

With Consent of Defendant, Plaintiffs attach as Exhibit 1 an Amended Proposed Judgment. The Amended Proposed Judgment reflects the Objections the Court considered at the Final Fairness Hearing, as well as the Court's order granting Objector Deborah Woods's request to change her status from Objector to Opt-Out. Ex. 1, Amended Proposed Judgment, ¶¶ 4–5. The Amended Proposed Judgment further reflects the Court's request that this briefing be submitted. *Id.* ¶ 10.

1

## II. Update on Deficient Claims

### a. Number of Deficient Claims

When the Parties submitted their Consent Motion for Final Approval of the Class Action Settlement on July 8, 2026, the Settlement Administrator had received 6,500 claim submissions, of which 4,123 were deemed valid. Doc. 451-4 ¶ 19. At that time, 225 claims required further review because the claimant was not identified as a Class Member or because there was another deficiency in their submission, typically related to failure to provide all required information on the claim form or failure to provide cause for a late submission (collectively, "deficient claims"). Doc. 454-1 ¶ 21; Ex. 2, Supplemental Affidavit of Bryn Bridley on Claims and Cure Efforts, ¶ 7. As of August 5, 2026, the Administrator has received 6,748 claim submissions, *id.* ¶ 4, 326 have been marked as deficient claims, *id.* ¶ 7.

 Given the efforts of both the Settlement Administrator and ArchCity Defenders, further described below, 109 of the 326 deficient claims have been cured, and an additional 217 remain under review with an opportunity to cure by August 12, 2026. *Id.*

### b. The Settlement Administrator's Efforts to Correct Deficient Claims

Before the Final Fairness Hearing, the Settlement Administrator had initiated efforts to cure deficient claims by sending *Notice of Deficient Claim / Opportunity to Correct* letters to deficient claimants. *See* Doc. 451-1 ¶ 20.

After the Final Fairness Hearing, the Settlement Administrator again sent letters instructing claimants on the specific deficiency in their claim and instructing how to correct the deficiency. Ex. 2, Bridley Supplemental Affidavit, ¶ 6. During the week of August 4, 2026, the Settlement Administrator sent deficient claimants another round of communication (including email, text, and mailed letters) reminding them of the deadline (August 12, 2026) to cure deficiencies. *Id.*

The Administrator has also responded to claimant inquiries by telephone, email, and mail regarding the cure process, providing claimants information about the specific deficiency, alerting them of the documentation or information needed to cure the claim, and describing the methods available for submitting the required information. *Id.* ¶ 9.

### c.   Plaintiffs' Counsel's Efforts to Cure Deficient Claims

ArchCity Defenders oversaw additional efforts to contact deficient claimants. *See* Ex. 3, Coppersmith Declaration. Because Plaintiffs' Counsel understood that the Settlement Administrator was mailing letters of the deficiency, Plaintiffs' Counsel offered to supplement those efforts by providing individualized outreach to deficient claimants through phone calls and emails. *Id.* ¶ 4. On July 28, 2026, Plaintiffs' Counsel requested that the Settlement Administrator share a current list of all deficient claims. *Id.* ¶ 3. From that list, Plaintiffs' Counsel identified 136 deficient claimants who had provided a phone number or email address and whose claim was deficient because they had failed to include required information. *Id.* ¶¶ 6–7.

Between July 29 and July 31, 2026, Plaintiffs' Counsel, with support from several ArchCity Defenders staff members, called 128 of the 136 deficient claimants. *Id.* ¶ 8. Where a deficient claimant's voicemail box was full or the number appeared out of service, and the claimant had provided an email address, ArchCity Defenders staff sent a follow-up email. *Id.* In total, ArchCity Defenders emailed 40 deficient claimants during this period and then sent a reminder email on August 4, 2026. *Id.*

When ArchCity staff made contact with a claimant, the staff member described to the claimant the deficiency, instructed the claimant on curing the deficiency, reminded the claimant of the deadline to do so, and, where appropriate, collected information or documentation directly from the claimant that was required for the curing process. *Id.* ¶ 9. In total, ArchCity Defenders

3

staff helped claimants in curing 60 of the 136 deficient claims, the majority of which required staff documenting the claimant's cause for an untimely submission. *Id.* ¶ 10.

Plaintiffs' Counsel continues to receive phone calls and messages from the deficient claimants contacted last week, has a process to communicate all relevant updates to the Settlement Administrator, and will continue to provide updates to the Administrator through the August 12, 2026, cure deadline. *Id.* ¶¶ 11–12.

### d.  August 12, 2026 Cure Deadline

At the advice of the Settlement Administrator, the Parties agreed to allowing deficient claimants 21 additional days from the Fairness Hearing to cure their claims. Ex. 2, Bridley Supplemental Affidavit, ¶ 6. As described above, deficient claimants have received multiple rounds of communications (and, when possible, through multiple channels such as mailed letter, email, and phone call) to alert them of the deficiency, detail the information required to cure the deficiency and process to do so, and share the deadline.

Plaintiffs' Counsel are happy to submit an additional status update on deficient claims after the cure deadline has passed, should it be helpful to the Court.

Dated: August 5, 2026                    Respectfully Submitted,

                                         /s/ Brianna Coppersmith
                                         Brianna Coppersmith, #75515MO
                                         ArchCity Defenders
                                         5939 Goodfellow Blvd.
                                         Saint Louis, MO 63147
                                         Phone: 314-891-5663
                                         Email: bcoppersmith@archcitydefenders.org