# Exhibit 1 - Second Supplemental Declaration of Bryn Bridley

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES CODY, *et al.,* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ST. LOUIS,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:17-cv-2707-AGF |

**SECOND SUPPLEMENTAL DECLARATION OF BRYN BRIDLEY ON CLAIMS AND CURE EFFORTS**

1. I am the Vice President of Business Development for Atticus Administration ("Atticus"), a firm providing class action settlement and claims administration services. I have extensive experience with class action notice, claims processing, and settlement administration. I am fully familiar with the facts contained herein based upon my personal knowledge and involvement in this matter.

2. Atticus is the Settlement Administrator for the above-captioned Action and is responsible for carrying out the terms of the *Settlement Agreement and Release* pursuant to the Court's *Order Granting Preliminary Approval of Class Action Settlement* entered on February 13, 2026 and the Court's *Order and Final Judgment Granting Final Approval of Class Action Settlement* entered on August 18, 2026.

3. I submit this declaration to secondarily supplement the "*Supplemental Affidavit on Claims and Cure Efforts*" dated August 5, 2026, which provided the Court with additional information regarding the status of claims that remained under review at the time of the Final Fairness Hearing and the efforts undertaken between the Hearing and August 5, 2026, to resolve the claims This declaration supplements this affidavit by addressing (i) claims cured between August 5, 2026 and August 12, 2026; (ii) claims remaining under review as of the August

12, 2026 deadline; (iii) additional claimant outreach efforts undertaken after August 5, 2026; and (iv) the current number of Valid Claims received and the corresponding response rate.

## I. CLAIMS CURED BETWEEN AUGUST 5, 2026 AND AUGUST 12, 2026

4. Following the submission of the August 5, 2026 Supplemental Affidavit, Atticus continued to review cure responses, supplemental submissions, and claimant information received in connection with deficient or otherwise unresolved Claim Forms. Consistent with the process previously described, claimants were permitted through August 12, 2026 to respond to cure communications.

5. Between August 5, 2026 and August 12, 2026, Atticus reviewed additional information received directly from claimants, as well as information forwarded by Class Counsel, and determined that 12 previously deficient or unresolved claims had been cured and accepted as Valid Claims during that period.

## II. CLAIMS REMAINING UNDER REVIEW AS OF AUGUST 12, 2026

6. Atticus continued accepting and evaluating cure responses and supplemental claim information through August 12, 2026. Following the close of that review period, a limited number of claims remained unresolved and under continued review.

7. As reflected in Atticus' records, 19 claims remain unresolved and under review. Those claims fall into the following categories:

| **Category:** | **Number of Claims:** |
|---|---|
| Potential Match with a Confirmed Class Member Record | 6 |
| Late Submission | 14 |
| **Total Claims Remaining Under Review** | **19** |

Certain claims fall into both review Categories and are indicated in both rows. Some claimants are thus captured in both review categories, but the "Total Claims Remaining Under Review" row reflects the number of unique, individual claimants.

8. The claims identified as involving membership verification consist of potential claimants for whom Atticus is coordinating with Class Counsel to confirm Settlement Class membership. The remaining claims identified as omitting required information consist of

confirmed Settlement Class Members from whom Atticus is awaiting an outstanding late-claim statement or similar supplemental information.

## III. ADDITIONAL CLAIMANT OUTREACH

9. Since the supplemental affidavit was submitted on August 5, 2026, Atticus has continued to respond to claimant inquiries received by telephone, email, and mail regarding the cure process and claim review.

10. Where claimants contacted Atticus regarding a deficient or unresolved claim, Atticus provided information regarding the identified deficiency, the documentation or information needed to resolve it, and the available methods for submitting the requested information. Where a claimant submitted information sufficient to resolve the identified deficiency, Atticus updated the claim record and, where appropriate, deemed the claim valid.

11. Atticus also continued to coordinate with Class Counsel regarding supplemental claim information and claim-related communications received from potential claimants and Settlement Class Members through the August 12, 2026 deadline, including claim submissions and updates forwarded to Atticus by Class Counsel.

## IV. CURRENT CLAIM STATISTICS

12. As of the date of this declaration, Atticus has received a total of 6,768 Claim Form submissions. The current disposition of those submissions is summarized below:

| **Claim Form Disposition** | **Count** |
|---|---|
| Valid Claims | 4,223 |
| Invalid – Duplicate | 2,245 |
| Invalid – Not a Settlement Class Member | 99 |
| Invalid – Cure Not Satisfied | 12 |
| Under Review / Pending Claimant Response | 19 |
| Cure Sent – No response | 170 |
| **Total Claim Form Submissions Received** | **6,768** |

13. Of the total submissions received, 4,223 have been determined to be Valid Claims. Based on 4,223 Valid Claims and the 15,977 Settlement Class Members to whom mailed Notice was sent, the valid claims response rate is approximately 26.43%.

**I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed on the 1st day of September 2026 in St. Paul, Minnesota.**

Bryn Bridley